UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL STRATTON, | No. 2:13-cv-2410 AC P |
| Petitioner, | |
| v. | ORDER |
| SAN LUIS OBISPO COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is confined in Atascadero State Hospital and was convicted in San Luis Obispo County. Both Atascadero State Hospital and San Luis Obispo County are in an area embraced by the United States District Court for the Central District of California.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

/////

////

1

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 | transferred to the United States District Court for the Central District of California.  28 U.S.C. §
3 | 2241(d); 28 U.S.C. § 1406(a).
4 | DATED: November 22, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE